No. 81–5037.   Fox *v.* United States.   C. A. 6th Cir. Certiorari denied.   ▮

No. 81–5043.   Kosinski *v.* Ohio.   Ct. App. Ohio, Geauga County.   Certiorari denied.

No. 81–5076.   Green *v.* Carlson, Director, Federal Bureau of Prisons, et al.   C. A. 5th Cir.   Certiorari denied.   ▮

No. 81–5090.   Johnson *v.* Texas.   Ct. Crim. App. Tex. Certiorari denied. ·   ▮

No. 81–5112.   Rodgers *v.* United States.   C. A. 6th Cir.   Certiorari denied.

No. 81–5121.   Olmo et al. *v.* United States.   C. A. 9th Cir.   Certiorari denied.   ▮

No. 81–5205.   Johnson *v.* Hilton et al.   C. A. 3d Cir. Certiorari denied.

No. 81–5266.   Neal *v.* Hargreaves, Circuit Judge of Lane County, Oregon.   Sup. Ct. Ore.   Certiorari denied.

No. 81–5274.   Bagby *v.* Schweiker, Secretary of Health and Human Services.   C. A. 6th Cir.   Certiorari denied.   ▮

No. 81–5277.   Cleveland *v.* California.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 81–5298.   Swink *v.* Texas.   Ct. Crim. App. Tex. Certiorari denied.   ▮

No. 81–5314.   Benedict *v.* United States.   C. A. 9th Cir.   Certiorari denied.   ▮

No. 81–5315.   Brown, aka Wilcox *v.* Crist, Warden, Montana State Prison, et al.   C. A. 9th Cir.   Certiorari denied.   ▮